UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-06-4974 MJJ (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING AND EVIDENCE** |
| $34,990 IN UNITED STATES CURRENCY, | |
| Defendant. _____/ | |

On August 17, 2006, Plaintiff the United States filed a civil forfeiture action pursuant to 21 U.S.C. § 881(a)(6). After default was entered by the Clerk of the Court, the United States moved for default judgment, and the presiding judge referred the motion to the undersigned for a report and recommendation.

Having reviewed the papers submitted by the United States, the Court hereby orders that the United States provide supplemental briefing and/or evidence in support of its motion. More specifically, the United States should explain why there is probable cause that the currency seized was specifically associated with drug trafficking, and not just with illegal activity in general. *See United States v. $129,727.00 U.S. Currency*, 129 F.3d 486, 498 (9th Cir. 1997). The Court acknowledges that, for purposes of a motion for default judgment, it must take all well-pled allegations in the complaint as true. *See Televideo Systems, Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). The United States may argue that there is probable cause based on the allegations in the complaint alone or it may submit additional evidence to demonstrate probable cause. *Compare United States v. Currency*, U.S. $42,500.00, 283 F.3d 977 (9th Cir. 2002) (finding

probable cause based on, *inter alia*, a sophisticated dog alert and the distinctive manner in which the money was wrapped), *with United States v. U.S. Currency, $30,060*, 39 F.3d 1039 (9th Cir. 1994) (finding no probable cause in spite of a dog alert and the way in which the money was packaged).

IT IS SO ORDERED.

Dated: April 6, 2007

EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2